THIS OPINION HAS NO PRECEDENTIAL 
 VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT 
 AS PROVIDED BY RULE 239(d)(2), SCACR. 
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Anthony Spence,       
Appellant.
 
 
 

Appeal From Anderson County
J.C. Buddy Nicholson, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-254
Submitted February 20, 2004  Filed 
 April 15, 2004

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Tara S. Taggart, of Columbia; 
 for Appellant.
Attorney General Henry Dargan McMaster; Chief Deputy Attorney 
 General John W. McIntosh; Assistant Deputy Attorney General Salley W. Elliott, 
 all of Columbia; and Solicitor Druanne D. White, of Anderson; for Respondent.
 
 
 

 PER CURIAM:  Anthony Spence was 
 convicted of driving under the influence and resisting arrest and sentenced 
 to thirty days imprisonment for DUI and one year imprisonment for resisting 
 arrest, the sentences to run consecutively.  Pursuant to Anders v. California, 
 386 U.S. 738 (1967), Spences counsel attached a petition to be relieved.  Spence 
 did not file a pro se response.
After review of the record pursuant to Anders 
 v. California, 386 U.S. 738 (1967) and State v. Williams, 305 S.C. 
 116, 406 S.E.2d 357 (1991), we dismiss Spences appeal and grant counsels petition 
 to be relieved.
 APPEAL DISMISSED. 
 [1] 
GOOLSBY, HOWARD, and KITTREDGE,
JJ., concurring.

 
 
 [1] Because oral argument would not aid the Court in resolving any issue 
 on appeal, we decide this case without oral argument pursuant to Rule 215 
 and 220(b)(2), SCACR.